UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SMIN PO,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26cv682 DRL-SJF

ORDER

Immigration detainee Smin Po filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. The respondent answered the petition, and Mr. Po filed a reply.

The court reviewed the record to assess the status of the government's efforts to remove Mr. Po to Burma. Significantly, the Warden represented that the government has completed a travel document request. To support this representation, he cites to a government form titled "Information for Travel Document or Passport" that indicates that it was completed on the date Mr. Po was first detained, March 13, 2026. However, the record is silent on the critical issue of whether the government has submitted that travel document request or any other request to Burma. Consequently, the court will order the Warden file a response to this order stating whether a travel document request has been submitted to Burma on behalf of Mr. Po; and, if so, the Warden should provide

the date of submission. The Warden should also state whether Burma has responded to any such requests and, if so, the Warden should explain the nature of those responses.

For these reasons, the court ORDERS the Warden to file a response to this order, including any relevant evidence, by July 21, 2026.

SO ORDERED.

July 14, 2026

s/ Damon R. Leichty
Judge, United States District Court